PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JOSE TALAVERA

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  vs.<br>JOSE TALAVERA,<br>        Defendant. | CASE NO. 1:09-cr-00075-AWI<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/ MOTION HEARING DATE |

IT IS HEREBY STIPULATED by and between Assistant United States Kathleen Servatius, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Jose Talavera, that the Status Conference/ Motion Hearing date scheduled for October 17, 2011, at 9:00 a.m. be vacated and the Status Conference/ Motion Hearing be continued to this court's calendar on November 7, 2011 at 9:00 a.m. Mr. Martinez has a preliminary hearing for a murder trial in Stanislaus County.

///

///

///

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of November 7, 2011 and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on her behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including November 7, 2011.

Respectfully Submitted,

Dated: October 12, 2011        /s/ Preciliano Martinez
                               Preciliano Martinez
                               Attorney for Defendant
                               JOSE TALAVERA


Dated: October 12, 2011        /s/ Kathleen Servatius
                               Assistant U.S. Attorney
                               Attorney for Plaintiff
                               UNITED STATES OF AMERICA


**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current October 17, 2011 Status Conference/ Motion Hearing is hereby vacated and reset to November 7, 2011.

IT IS SO ORDERED.

Dated:   October 13, 2011        _____
                                 CHIEF UNITED STATES DISTRICT JUDGE